```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
```

United States of America

    v.                                                    2:18-cr-48

Angela Faber

## ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Doc. 34) that the defendant's guilty pleas be accepted. The court accepts the defendant's pleas of guilty to Counts 1 and 2 of the indictment, and she is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 15, 2018                                  s\James L. Graham
                                                          James L. Graham
                                                          United States District Judge